### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILLY FIELDS,<br><br>     Plaintiff,<br><br>  -against-<br><br>P. C. RICHARD & SON LONG ISLAND CORPORATION, 35-18 STEINWAY STREET, LLC,<br><br>     Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br>**CASE NO.: 24-cv-5044-PKC-JRC** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Billy Fields (the "Plaintiff"),

by and through his undersigned counsel, hereby voluntarily dismisses this action.

Dated: September 9, 2024

s:/Daniel Berke

Daniel Berke


Daniel Berke (db1855)
Berke & Associates PLLC
203 East 72nd Street, Suite 6A
New York, NY 10021
Tel: (917) 747-4263
Email: danberke100@gmail.com
*Attorney for Plaintiff*

**SO ORDERED:**

_____
Pamela K. Chen,
U.S. District Court Judge